UNITED STATES PRETRIAL SERVICES AGENCY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

**DATE:** June 19, 2006

**TO:** Irma Lira

**FROM:** Lydia J. Serrano
Pretrial Services Officer

**RE:** **BROWN, Akisha Nalini**
Docket No. 06-0201 OWW
Page Two of Conditions of Release
*************************************************

FILED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Attached please find the page two of the Order Setting Conditions of Release for Arkisa Nalini Brown, with the signature of the third party custodian, Linda Hines. Ms. Brown was released, on June 7, 2006, pending receipt of the signature of Ms. Hines.

BROWN, Arkisa Nalini          **ADDITIONAL CONDITIONS OF RELEASE**
Docket No. 06-0201 OWW

* Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(X)  (6)   The defendant is placed in the custody of:

Name of person or organization   Linda Hines

who agrees (a) to supervise the defendant in accordance with all conditions of release,
(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _/s/ Linda Hines_
CUSTODIAN OR PROXY

(X)  (7)   The defendant shall:
- ( )   (a)   maintain or actively seek employment, and provide proof thereof to the PSO, upon request.
- ( )   (b)   maintain or commence an educational program.
- (X)  (c)   abide by the following restrictions on his personal associations, place of abode, or travel: Reside at a residence approved by Pretrial Services, and not move or be absent from this residence for more than 24 hrs. without prior approval of PSO; travel restricted to Stanislaus, Merced, Madera, and Fresno counties, unless otherwise approved in advance by PSO.
- (X)  (d)   avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: Sommers Nicole Robertson and Corina Ellia Muniz, unless in the presence of counsel or otherwise approved in advance by the PSO.
- (X)  (e)   report on a regular basis to the following agency: Pretrial Services and comply with their rules and regulations.
- ( )   (f)   comply with the following curfew:
- ( )   (g)   refrain from possessing a firearm, destructive device, or other dangerous weapon.
- ( )   (h)   refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
- ( )   (i)   undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, as approved by the PSO.
- ( )   (j)   executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property:
- ( )   (k)   post with the court the following indicia or ownership of the above-described property, or the following amount or percentage of the above-described money:
- ( )   (l)   execute a bail bond with solvent sureties in the amount of $
- ( )   (m)  return to custody each (week)day as of  o'clock after being released each (week)day as of  o'clock for employment, schooling, or the following limited purpose(s):
- ( )   (n)   surrender any passport to the Clerk, United States District Court.
- ( )   (o)   obtain no passport during the pendency of this case.
- (X)  (p)   report in person to the Pretrial Services Agency on the first working day following your release from custody.
- (X)  (q)   not access a computer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

**ADVICE OF PENALTIES AND SANCTIONS**