DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARKISA NALINI BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br><br>v.<br><br>ARKISA NALINI BROWN,<br><br>       *Defendant.* | No. 1:06-cr-0201 OWW<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON<br><br>Date : October 1, 2007<br>Time : 1:30 p.m.<br>Judge : Hon. Oliver W. Wanger |

Pursuant to F. R. CRIM. P. 43 (b) (3), I hereby waive my right to be present in person in open court in the above-entitled case for the continuance of my sentencing hearing which is presently scheduled for October 1, 2007 at 1:30 p.m. I request that the Court proceed with the scheduling of a new date for my sentencing hearing in my absence, pursuant to this waiver. I agree that my interests will be deemed to be represented at all times by the presence of my attorney, Carrie S. Leonetti, Assistant Federal Defender, as

///
///
///
///
///
///
///

if I were personally present.

DATED: October 1, 2007

/s/ Arkisa Nalini Brown
ARKISA NALINI BROWN
Defendant

APPROVED: 9/28/07

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
ARKISA NALINI BROWN

## [PROPOSED] ORDER

The Defendant, Arkisa Nalini Brown, is excused from personal appearance at:

1. the Sentencing hearing scheduled for October 1, 2007, and

2. all other hearings in this matter, except for those at which live testimony is to be given.

IT IS SO ORDERED.

**Dated:   September 28, 2007**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

2