DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARKISA NALINI BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:06-cr-0201  OWW |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE |
| ) | SENTENCING/PROBATION VIOLATION |
| v. ) | HEARING; ORDER THEREON |
| ) | |
| ARKISA NALINI BROWN, ) | Date   : December 10, 2007 |
| ) | Time   : 1:30 p.m. |
| *Defendant.* ) | Judge  : Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing/probation violation hearing in the above captioned matter now scheduled for October 29, 2007, **may be continued to December 10, 2007 at 1:30 p.m.**

The continuance sought is at the request of defense counsel in that defense counsel has retained the services of a psychiatrist to examine and evaluate defendant and the psychiatrist has informed defense

///
///
///
///
///
///

counsel that the report will not be completed until approximately December 3, 2007.

                                    McGREGOR M. SCOTT
                                    United States Attorney

DATED: October 25, 2007          By /s/ Mark J. McKeon
                                     MARK M. McKEON
                                     Assistant United States Attorney
                                     Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: October 25, 2007          By /s/ Carrie S. Leonetti
                                     CARRIE S. LEONETTI
                                    Assistant Federal Defender
                                    Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   October 25, 2007**          **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE