1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARRIE S. LEONETTI, California Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5  Attorneys for Defendant
   ARKISA NALINI BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-201 OWW |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTION; MOTION TO MODIFY SENTENCE; ORDER |
| v. | ) | |
| ARKISA NALINI BROWN, | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) | |

TO: McGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND MARK McKEON, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF

COMES NOW the Defendant, Arkisa Nalini Brow n, by and through undersigned counsel, and moves this Court to modify her sentence as hereinafter set forth.

On August 7, 2007, Ms. Brown admitted the allegations set forth in the probation -violation petition filed with this Court on June 29, 2007. On December 14, 2007, the Court held a disposition hearing. At that time, the Court ordered that Ms. Brown's probation be revoked and sentenced Ms. Brown to a term of imprisonment of six months, with four months suspended, followed by a thirty-six month term of supervised release, with the condition that she reside at and complete a residential drug-treatment program of up to 180 days at the direction of the United States Probation Office. The Court ordered Ms. Brown to surrender to the custody of the United States Marshals Service by 2:00 p.m. on January 3, 2008 and to remain in custody until the earlier of the completion of the two-month net term of imprisonment imposed or admission into a

1  residential drug-treatment program.

2  On December 21, 2007, Ms. Brown was admitted to and entered the residential drug-treatment program at Westcare, Inc. in Fresno, California, where she currently remains. Accordingly, Ms. Brown respectfully requests that the Court vacate her surrender date and modify the sentence imposed so that the entire term of six-months imprisonment be suspended and Ms. Brown reside at and complete the Westcare program for a period of up to 180 days in lieu of the suspended term of imprisonment.

Dated: January 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
ARKISA NALINI BROWN

### ORDER

Ms. Brown's foregoing Motion to Modify Sentence is HEREBY GRANTED.

The Court's order that Ms. Brown surrender to the custody of the United States Marshals Service on January 3, 2008 and remain in custody until the earlier of the completion of the two-month net term of imprisonment imposed or admission into a residential drug-treatment program is HEREBY VACATED.

Ms. Brown's sentence of six months imprisonment, imposed on December 14, 2007, is HEREBY SUSPENDED. Ms. Brown is ordered to remain at and complete the Westcare program for a period not less than 180 days in lieu of the six-month suspended custodial sentence. If defendant fails to successfully complete the drug program, defendant shall serve the remaining time in a Bureau of Prisons institutional facility.

IT IS SO ORDERED.

Dated:   **January 2, 2008**          /s/ Oliver W. Wanger

1    UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28