Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Arkisa BROWN |
| **Docket Number:** | 1:06CR00201-03 |
| **Offender Address:** | Modesto, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 01/08/2007 |
| **Original Offense:** | 18 USC 1001 and 2 - False Statements to a Government Agency and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 12 months probation; $100 special assessment |
| **Special Conditions:** | Search; Drug/alcohol treatment and testing; 100 hours of community service; 180 days inpatient residential drug treatment program |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 12/14/2007 |
| **Assistant U.S. Attorney:** | Marlon Cobar   **Telephone:** (559) 497-4500 |
| **Defense Attorney:** | Carrie Leonetti   **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>07/02/2007</u>:   Form 12C Petition filed with the Court this date alleging the offender violated the conditions of probation supervision by committing a new law violation for possession of a controlled substance; association with a convicted felon; and failing to follow the instructions of the probation officer.

**RE:    Arkisa BROWN**
       **Docket Number:  1:06CR00201-03**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **07/24/2007:** | Initial appearance before Duty Magistrate Judge Dennis L. Beck.  Offender denied the allegations.  Matter set for status conference on August 6, 2007, before Your Honor. |
| **08/07/2007:** | The defendant admitted Charges 1, 2, and 3 as alleged in the Form 12C Petition filed with the Court on July 2, 2007.  Sentencing set for September 4, 2007. |
| **12/14/2007:** | After several continuances, the offender appeared this date before Your Honor for disposition.  Probation was ordered revoked and the offender was committed to the custody of the Bureau of Prisons for a period of 6 months, to be followed by 36 months supervised release. Offender to receive credit for time served upon successful completion of the inpatient drug treatment program designated by the probation officer.  Offender ordered to self-surrender on January 3, 2008. |
| **01/04/2008:** | Modification filed with the Court this date ordering the surrender date of January 3, 2008, be vacated, and the sentence of 6 month imprisonment was ordered suspended.  Ms. Brown ordered to remain at and successfully complete the Westcare Residential Drug Treatment Program for a period of no less than 180 days in lieu of the six-month suspended custodial sentence. |
| **02/05/2008:** | Form 12A1 Petition submitted notifying the Court the offender violated the conditions of her supervised release by submitting four (4) urine specimens that were returned as positive for amphetamine and methamphetamine on December 17, 19, 21, and 23, 2007.  It was requested the Court take judicial notice of the violation conduct and allow the offender to complete Westcare Residential Drug Treatment Program, without further Court sanction. |

**RE:     Arkisa BROWN**
**Docket Number:  1:06CR00201-03**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

**Ms. Brown is ordered to remain at and complete the Westcare program for a period not less that 130 days.**

**Justification:**   When Ms. Brown was sentenced by Your Honor on December 14, 2007, following her admission to violation conduct for possession of a controlled substance, she finally acknowledged she had a drug problem and wanted treatment.  Your Honor gave Ms. Brown the option of serving six (6) months with the Bureau of Prisons, or 6 months in a residential drug treatment program.  Ms. Brown indicated she wanted to attend a drug treatment program.  Also at the time of sentencing, the Court directed the offender not to use any illegal narcotics.  On January 2, 2008, Your Honor approved a motion submitted by the offender's attorney requesting the six-month imprisonment, imposed on December 14, 2007, be suspended and Ms. Brown was ordered to remain at and complete the Westcare program for a period not less than 180 days in lieu of the six-month suspended custodial sentence.

On February 5, 2008, the Court was noticed of the offender's violation conduct for submitting four (4) urine specimens that were returned by the lab as positive for amphetamine and methamphetamine, from December 17 through 23, 2007.

The offender entered Westcare Residential Inpatient Drug Treatment Program on December 21, 2007.  Since that time, the offender's progress in the program can best be described as marginal.  For every good day, Ms. Brown would have five bad days according to her drug counselor. Although she has attended all of the required classes and meetings, the offender does not participate.  She has threatened to leave the program on a weekly basis throughout her entire stay.  She has been a challenge to program staff, who have tried to work with Ms. Brown.  In essence, Ms. Brown has traded one jail facility for

**RE:    Arkisa BROWN**
**Docket Number:  1:06CR00201-03**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

another.  She has just been doing her time, not taking full advantage of the program that has been offered to her.  Her lack of progress has been disheartening to observe.

It appears the offender has received maximum benefit from the program.  It is very costly for the offender to remain in the program, and there are others in need of and want the treatment services provided by Westcare.  It is respectfully requested Ms. Brown be allowed to discharge from the Westcare program.  She will immediately be enrolled in the Turning Point drug aftercare counseling and testing program.  If there is any further violation conduct, it will be reported to the Court for revocation proceedings.

                              Respectfully submitted,

                              /s/ Sandra K. Dash

                              **SANDRA K. DASH**
                              **United States Probation Officer**
                              Telephone:  (209) 549-2817

**DATED:**     April 28, 2008
              Modesto, California
              SKD:lr


**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

**RE:    Arkisa BROWN**
   **Docket Number:  1:06CR00201-03**
   **PETITION TO MODIFY THE CONDITIONS OR TERM**
   **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    April 28, 2008**                              **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE